UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEARLA EVANS, et al.,

    Plaintiffs,

    v.

UNITED STATES,

    Defendant.
_____/

No. C 14-1304 PJH

**ORDER OF DISMISSAL**

    The court having dismissed the complaint in the above-entitled action pursuant to 28 U.S.C. § 1915(e) as frivolous and for failure to state a claim, and having granted leave to amend, and plaintiffs Pearla Evans and Patrick Daniel Evans having failed to file an amended complaint by the May 12, 2014 deadline set by the court, the court finds that the action must be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

    The court finds that dismissal is warranted by a balance of the factors set forth in Wanderer v. Johnson, 910 F.2d 652, 656 (9th Cir. 1990). In particular, the public's interest in expeditious resolution of litigation, the court's need to manage its docket, and the potential prejudice to defendant of having to defend against a frivolous lawsuit strongly favor dismissal. While the public policy favoring disposing of cases on their merits cuts against dismissal, the court is unaware of any available lesser sanction. The court granted leave to amend and provided instructions as to how to do so, but plaintiffs failed to comply with the court's order. Accordingly, the court finds that the action must be DISMISSED.

**IT IS SO ORDERED.**

Dated: May 20, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge